*Mr. Joseph A. Duffy,* for the appellee.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY—12.

*For reversal*—None.

---

PHILIP J. BOWERS, appellant,

*v.*

CITY OF EAST ORANGE, respondent.

[Argued November 21st, 1912. Decided March 3d, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *80 N. J. Eq. (10 Buch.) 1.*

*Mr. Ralph E. Lum (Messrs. Lum, Tamblyn & Colyer* on the brief), for the appellant.

*Mr. Borden D. Whiting,* for the respondent.

PER CURIAM.

The decree is affirmed, with costs, for the reasons stated in the opinion in *Bowers* v. *Bloomfield,* just decided, *ante p. 163.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, CONGDON, TREACY—11.

*For reversal*—None.

---

LOUIS GIUSTO, respondent,

*v.*

ANNA GIUSTO, appellant.

[Argued November 22d, 1912.   Decided March 5th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *80 N. J. Eq. (10 Buch.) 355*.

*Mr. Amedeus Valente (Mr. Leon Abbett,* of counsel), for the respondent.

*Mr. John J. Fallon (Mr. Maurice J. Breen* with him), for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, CONGDON, TREACY—11.

*For reversal*—None.